UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>-against-<br><br>JUSTINAS BUTKUS; HMC TRADING, LLC; HMC MANAGEMENT, LLC,<br><br>                        Defendants,<br><br>and<br><br>DK AUTO, LLC,<br><br>                        Relief Defendant. | 25-cv-1695 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On February 27, 2025, the SEC filed this case against, among others, Justinas Butkus, who is also known as Darius Karpavicius. This case appears to be related to an earlier action the SEC filed against the same defendants, naming Karpavicius instead of Butkus. *See* Dkt. 23-cv-2205. By March 10, 2025, the SEC must file a letter explaining the relationship between the two cases and why this case wasn't designated as related to 23-cv-2205 under Rule 4(b) of the Rules for the Division of Business Among District Judges for the Southern District of New York. The SEC should also propose next steps for this action.

      SO ORDERED.

Dated: March 4, 2025
       New York, New York

                                                              ARUN SUBRAMANIAN
                                                              United States District Judge