UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -

JUSTINAS BUTKUS,
HMC TRADING, LLC, and
HMC MANAGEMENT, LLC,

        Defendants,

DK AUTO, LLC,

        Relief Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case

No. 25 Civ. 1695 (AS)

~~[PROPOSED]~~ ORDER

WHEREAS, on April 18, 2025, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Justinas Butkus*, No. 25 Cr. 100 (KPF) (the "Criminal Case"), in which an indictment has been returned; and

WHEREAS, the Government has attempted, but not been able, to ascertain the position of the defendant Justinas Butkus on the motion;

WHEREAS, the Securities and Exchange Commission takes no position on the Government's request to stay this matter in its entirety; and

WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

ORDERED that the Government's motion to intervene is GRANTED.  It is further

ORDERED that this matter is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED.

The initial pretrial conference is hereby canceled. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 29.

_____
HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

May 1, 2025
DATE